D. Scott Carruthers, SBN 68745
John Marshall, SBN 172470
D. Scott Carruthers, APLC
8448 Katella Avenue/PO Box 228
Stanton, California 90680
Email: dsclawoff@aol.com
Telephone: (714) 761-3976
Fax: (714) 761-1754

Attorney for Defendants

# UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF CALIFORNIA

|  |  |
|---|---|
| STACIE HART, an individual,<br><br>        Plaintiff,<br><br>        vs.<br><br>SFM-6, LLC, a California limited liability company; D. SCOTT CARRUTHERS, A Professional Law Corporation, and DOES 1-10, inclusive<br><br>        Defendants. | **CASE – 1:17-at-00486**<br><br>**CERTIFICATION OF INTERESTED ENTITIES OR PERSONS** |

Pursuant to Civil Local Rule, the undersigned certifies that as of this date, other than the named parties, there is no such interest to report.

Dated:  August 20, 2017

*/s/ D. Scott Carruthers*

By: _____

D. Scott Carruthers, Esq.
Attorneys for Defendants

DEFENDANTS' CERTIFICATION OF INTERESTED PERSONS

- 1 -

1

## **PROOF OF SERVICE**

2
3       I am a resident of the State of California, over the age of eighteen years, and not a party to the within action.  My business address is 8448 Katella Avenue/PO Box 228 Stanton, California 90680.  On the signature date set forth below, I served the within document(s):

4
5       **DEFENDANTS' CERTIFICATION OF INTERESTED PERSONS**

6       ☐       FACSIMILE - by transmitting via facsimile the document(s) listed above to the fax number(s) set forth below on this date.

7
8       ☒       ELECTRONIC OR USPS MAIL - by placing the document(s) listed above in a sealed envelope with postage thereon fully prepaid in the United States mail as set forth below on this date; OR electronically to those defendants agreeing to same or pursuant to court rules.

9

| | |
|---|---|
| Crosby S. Connolly, Esq.<br>Hyde &Swigart<br>2221 Camino Del Rio South, Ste. 101<br>San Diego, CA 92108<br>T: (619) 233-7770<br>F: (619) 297-1022<br>Email: crosby@westcoastlitigation.com | Attorneys for Plaintiff |

15
16       I am readily familiar with the firm's practice of collection and processing correspondence for mailing.  Under that practice it would be deposited with the U.S. Postal Service on that same day with postage thereon fully prepaid in the ordinary course of business.  I am aware that on motion of the party served, service is presumed invalid if postal cancellation date or postage meter date is more than one day after date of deposit for mailing in affidavit.

17
18
19       I declare that I am employed in the office of a member of the bar of this court at whose direction this service was made and I declare under the laws of the United States of America that the above is true and correct.  Executed on August 20, 2017, at Stanton, California.

20
21
22                                       *John Marshall*
23                                       _____
                                        John Marshall
24
25
26
27
28

DEFENDANTS' CERTIFICATION OF INTERESTED PERSONS