# IN THE UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| Stacie Hart,<br><br>        Plaintiff,<br><br>v.<br><br>D. Scott Carruthers, A Professional Corporation, and SFM-6, LLC,<br><br>        Defendants. | **Case No.:** 2:17-CV-01289-TLN-AC<br><br>**ORDER GRANTING THE PARTIES JOINT MOTION TO ALLOW PLAINTIFF TO FILE A FIRST AMENDED COMPLAINT** |

Having considered the parties Joint Motion to allow Plaintiff to file a First Amended Complaint and for good cause being shown:

**PURSUANT TO STIPULATION, IT IS SO ORDERED THAT:**

**1.** Plaintiff shall be allowed to file a First Amended Complaint within 20 days of this Order.

**IT IS SO ORDERED.**

Dated: September 20, 2017

Troy L. Nunley
United States District Judge

ORDER      1