1  Crosby S. Connolly, Esq. (SBN: 286650)
   crosby@westcoastlitigation.com
2  Joshua B. Swigart, Esq. (SBN: 225557)
   josh@westcoastlitigation.com
3  **Hyde & Swigart**
4  2221 Camino Del Rio South, Suite 101
   San Diego, CA 92108
5  Office Number:        (619) 233-7770
   Office Fax Number:    (619) 297-1022
6
7  *Attorneys for Plaintiff,*
   Stacie Hart
8

## UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF CALIFORNIA

| Stacie Hart, | CASE NO: 2:17-cv-01289-TLN-AC |
|---|---|
| Plaintiff, | |
| v. | **NOTICE OF SETTLEMENT** |
| D. Scott Carruthers, A Professional Corporation, | |
| Defendant. | |

//
//
//
//
//

NOTICE IS HEREBY GIVEN that this case has been settled in its entirety. The Plaintiff anticipates filing a Request for Dismissal of this action in its entirety with prejudice within 21 days. Plaintiff requests that all pending dates and filing requirements be vacated and that the Court set a deadline on or after October 26, 2017 for filing a Request for Dismissal.

Respectfully submitted,

Date: October 5, 2017    **Hyde & Swigart**

By: s/ Crosby Connolly
Crosby S. Connolly, Esq.
*Attorneys for Plaintiff*