Crosby S. Connolly, Esq. (SBN: 286650)
crosby@westcoastlitigation.com
**HYDE & SWIGART**
2221 Camino Del Rio South, Suite 101
San Diego, CA 92108
Telephone:   (619) 233-7770
Facsimile:    (619) 297-1022

*Attorney for Plaintiff,*
Stacie Hart

# IN THE UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| Stacie Hart,<br><br>            Plaintiff,<br><br>v.<br><br>D. Scott Carruthers, A Professional Corporation,<br><br>            Defendant. | **Case No.: 2:17-CV-01289-TLN-AC**<br><br>**NOTICE OF JOINT MOTION FOR DISMISSAL OF ACTION WITH PREJUDICE**<br><br>**HON. TROY L. NUNLEY** |

   Plaintiff STACIE HART (hereinafter "Plaintiff"), Defendant D. SCOTT CARRUTHERS, A PROFESSIONAL CORPORATION, (hereinafter "Defendant"), (all jointly hereinafter referred to as "the Parties"), hereby move to dismiss the above entitled action with prejudice, and in support of this motion hereby state:

1. The Parties have reached a settlement in this action;
2. The Parties to the litigation have entered into this Joint Motion.

3. The Defendants, without acknowledging liability or wrongdoing, and Plaintiff, without acknowledging liability or wrongdoing, have agreed to fully and completely settle this matter;

4. The settlement between Plaintiff and Defendants is memorialized in written settlement agreements, now fully executed by Plaintiff and the Defendants;

5. The Parties agree that this Court can proceed to dismiss this action entirely with prejudice.

WHEREFORE, the Parties respectfully request that this Court dismiss this action with prejudice.

Dated: October 23, 2017        **HYDE & SWIGART**

                                            By:  s/Crosby S. Connolly
                                            Crosby S. Connolly
                                            Attorney for Plaintiff

Dated: October 23, 2017        **D. SCOTT CANUTHERS, APLC**

                                            By:  s/John Marshall
                                            John Marshall
                                            Attorney for Defendant

**HYDE & SWIGART**
San Diego, California

### Signature Certification

Pursuant to Section 2(f)(4) of the Electronic Case Filing Administrative Policies and Procedures Manual, I hereby certify that the content of this document is acceptable to John Marshall, counsel for the Defendant, and that I have obtained his authorization to affix his electronic signature to this document.

Dated: Monday, October 23, 2017          **Hyde & Swigart**

                                         /s/ Crosby S. Connolly
                                         Crosby S. Connolly
                                         Attorney for Plaintiff